Pro Se 8 (Rev. 12/16) Complaint for Violation of Fair Labor Standards

# UNITED STATES DISTRICT COURT
for the

SOUTHERN District of TEXAS

HOUSTON Division

United States Courts
Southern District of Texas
FILED

SEP 06 2022

Nathan Ochsner, Clerk of Court

| | |
|---|---|
| WINNETT KNOX <br> *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br> EOIR <br> CRYSTAL LEDBETTER, MICHAEL JOHN, JEFFREY MILLER <br> *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. 4:22cv3026 <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)* ☐ Yes ☒ No |

## COMPLAINT FOR VIOLATION OF FAIR LABOR STANDARDS

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | WINNETT KNOX |
   | Street Address | 227 BOXWOOD DR |
   | City and County | BAYTOWN, HARRIS |
   | State and Zip Code | TX 77520 |
   | Telephone Number | 281-917-7769 |
   | E-mail Address | WKNOXX@HOTMAIL.COM |

## B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | CRYSTAL LEDBETTER |
| Job or Title *(if known)* | LEGAL ADMINISTRATIVE SPECIALIST SUPERVISOR |
| Street Address | 16800 GREENSPOINT PARK DR STE 200 |
| City and County | HOUSTON, HARRIS |
| State and Zip Code | TX 77060 |
| Telephone Number | 281-765-5900 |
| E-mail Address *(if known)* | CRYSYAL.LEDBETTER@USDOJ.GOV |

Defendant No. 2

| | |
|---|---|
| Name | MICHAEL JOHN |
| Job or Title *(if known)* | COURT ADMINISTRATOR |
| Street Address | 16800 GREENSPOINT PARK DR STE 200 |
| City and County | TX HARRIS |
| State and Zip Code | TX 77060 |
| Telephone Number | 281-765-5900 |
| E-mail Address *(if known)* | MICHAEL.JOHN@USDOJ.GOV |

Defendant No. 3

| | |
|---|---|
| Name | JEFFREY MILLER |
| Job or Title *(if known)* | ASSISTANT CHIEF IMMIGRATION JUDGE |
| Street Address | 16800 GREENSPOINT DR STE 200 |
| City and County | HOUSTON, HARRIS |
| State and Zip Code | TX, 77060 |
| Telephone Number | 281-765-5900 |
| E-mail Address *(if known)* | JEFFREY.MILLER@USDOJ.GOV |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |

Pro Se 8 (Rev. 12/16) Complaint for Violation of Fair Labor Standards

Telephone Number

E-mail Address *(if known)*

**C.   Place of Employment**

The address at which I am employed or was employed by the defendant(s) is

| | |
|---|---|
| Name | USDOJ-EOIR-GREENSPOINT PARK IMMIGRATION COURT |
| Street Address | 16800 GREENSPOINT PARK DR STE 200 |
| City and County | HOUSTON, HARRIS |
| State and Zip Code | TX, 77060 |
| Telephone Number | 281-765-5900 |

**II.   Basis for Jurisdiction**

This action is brought pursuant to *(check all that apply)*:

☒   Fair Labor Standards Act, as codified, 29 U.S.C. §§ 201 to 209.

☒   Relevant state law

☒   Relevant city or county law

**III.   Statement of Claim**

State as briefly as possible the facts of your case. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   Nature of employer's business:
IMMIGRATION COURT

B.   Dates of employment:
1/25/2017 TO 2/17/22

C.   Employee's job title and a description of the kind of work done:

Pro Se 8 (Rev. 12/16) Complaint for Violation of Fair Labor Standards

      LEGAL ADMINISTRATIVE SPECALIST
      I PROVIDE LEGAL SUPPORT TO IMMIGRATION JUDGE DURING PROCEEDINGS

D.   Rate, method, and frequency of wage payment:
      $30.00, DIRECT DEPOSIT, BI WEEKLY

E.   Number of hours actually worked each week in which a violation is claimed:
      40

F.   Description of the alleged violation(s) *(check all that apply)*:

☐   Failure to pay the minimum wage *(explain)*

☐   Failure to pay required overtime *(explain)*

☒   Other violation(s) *(explain)*
      EMPLOYMENT WAS TERMINATED WITHOUT ME KNOWING ABOUT IT AND I WASN'T GIVEN OPPORTUNITY TO REBUTTAL ALLEGATIONS OR DUE PROCESS TO GO THROUGH THE PROCESS BEFORE A DECISION CAN BE MADE TO TERMINATE ME.

G.   Date(s) of the alleged violation(s):
      11/18/21, IS WHEN ALLEGE INCIDENT OCCURED
      2/17/22 IS WHEN I RECEIVED NOTICE OF TERMINATION

H.   Additional facts: